HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OMAR TORRES-RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR TORRES-RANGEL,<br><br>Defendant. | Case No. 5:23-mj-00022-CDB<br><br>**STIPULATION TO CONTINUE DETENTION HEARING; ORDER**<br><br>Date:   July 21, 2023<br>Time:  2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Omar Torres-Rangel, that the Court may continue the detention hearing currently scheduled for July 19, 2023, to July 21, 2023, at 2:00 p.m.

Mr. Torres-Rangel made his initial appearance on July 14, 2023, during which the Court set a detention hearing for July 19, 2023. At the time of his initial appearance, Mr. Torres-Rangel was hospitalized. Due to his hospitalization, Pretrial Services has had insufficient time to interview Mr. Torres-Rangel. Accordingly, the parties request that the Court continue the detention hearing until July 21, 2023, at 2:00 p.m. to allow Pretrial Services sufficient time to prepare its report. Because the requested date is within five days of the initial appearance, no finding of good cause is necessary.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 18, 2023

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 18, 2023

/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
OMAR TORRES-RANGEL

# O R D E R

**IT IS SO ORDERED.** The detention hearing currently scheduled for July 19, 2023, at 2:00 p.m. is hereby continued to July 21, 2023, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **July 18, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE