HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OMAR TORRES-RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>OMAR TORRES-RANGEL,<br><br>                    Defendant. | Case No. 1:23-cr-00174-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  July 3, 2024<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for Omar Torres-Rangel, that the Court may continue the

status conference currently scheduled for May 15, 2024, at 1:00 p.m. to July 3, 2024, at 1:00

p.m. before the Honorable Sheila K. Oberto.

The parties agree and request the Court find the following:

1.      By prior order, this matter is set for a status conference on May 15, 2024.

2.      The government has produced initial discovery, consisting of 458 Bates-marked

items.

3.      Counsel for the defendant requires additional time to review discovery, consult

with her client regarding the case, conduct necessary investigation, and engage in further plea

negotiations.

1    4.    Defense counsel believes that failure to grant the above-requested continuance

2    would deny her the reasonable time necessary for effective preparation, taking into account the

3    exercise of due diligence.

4    5.    The government does not object to the requested continuance.

5    6.    Based on the above-stated findings, the ends of justice served by continuing the

6    case as requested outweigh the interest of the public and the defendant in a trial within the

7    original date prescribed by the Speedy Trial Act.

8    7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9    *et seq.*, within which trial must commence, the time period of May 15, 2024, to July 3, 2024,

10    inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

11    **IT IS SO STIPULATED.**

12    Respectfully submitted,

13

14    PHILLIP A. TALBERT
       United States Attorney

15    Date: May 8, 2024    */s/ Arelis Clemente*
16    ARELIS CLEMENTE
       Assistant United States Attorney
       Attorney for Plaintiff

17

18    HEATHER E. WILLIAMS
       Federal Defender

19

20    Date: May 8, 2024    */s/ Erin Snider*
21    ERIN SNIDER
       Assistant Federal Defender
       Attorney for Defendant
22    OMAR TORRES-RANGEL

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

<u>**O R D E R**</u>

**IT IS SO ORDERED.** The status currently scheduled for May 15, 2024, at 1:00 p.m. is hereby continued to July 3, 2024, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 15, 2024, to July 3, 2024, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Date: 5/9/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge