HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
OMAR TORRES-RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR TORRES-RANGEL,<br><br>Defendant. | Case No. 1:23-cr-00174-JLT-SKO-1<br><br>**STIPULATION and ORDER TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING**<br><br>Date:   June 3, 2024<br>Time:  9:00 a.m.<br>Judge: Jennifer L. Thurston |
|---|---|

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorneys Joseph Barton and Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Omar Torres-Rangel, that the Court may vacate the status conference currently scheduled for July 3, 2024, at 1:00 p.m. and set a change-of-plea hearing on June 3, 2024, at 9:00 a.m.

   The parties agree and request that the Court make the following findings:

   1. By previous order, this matter was set for a status conference on July 3, 2024, at 1:00 p.m.

   2. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the previous order found good cause to exclude time through and including July 3, 2024.

   3. The parties have reached a resolution and will be filing a plea agreement shortly.

4. The parties therefore request that the Court vacate the July 3, 2024 status conference and set a change-of-plea hearing on June 3, 2024, at 9:00 a.m.

**IT IS SO STIPULATED.**

                              Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 23, 2024                    /s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 23, 2024                    /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
OMAR TORRES-RANGEL

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for July 3, 2024, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for June 3, 2024, at 9:00 a.m. before the Honorable Jennifer L. Thurston.

Date: 5/23/2024                          /s/ Sheila K. Oberto
SHEILA K. OBERTO
United States Magistrate Judge